ROBERT MILLER, RESPONDENT, v. ANDREW COATES AND BERKELEY MOSTYN, APPELLANTS.

*Several defendants appearing by one attorney — when entitled to separate bills of costs.*

The defendants herein, appearing by the same attorney, separately demurred to the complaint; at Special Term the plaintiff had judgment on the demurrer, as to one defendant, with costs; the other defendant had judgment against the plaintiff, upon the demurrer, with costs.

The plaintiff appealed from the judgment against him to the General Term, which affirmed the judgment with costs. The defendant, whose demurrer was overruled, also appealed to the General Term, which reversed the decision of the Special Term, with costs. The Special Term refused to allow the defendants to tax separate bills of costs. *Held*, that this was error. The General Term have settled, as to the present case, the rights of the parties to costs, and there is no power in the Special Term to modify the General Term order, so long as it stands unreversed.

APPEAL from an order made at Special Term denying defendants' application to tax two bills of costs in this action.

*James M. Varnum*, for the appellants.

*Henry S. Bennett*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Order reversed, with costs.